**RAJ V. ABHYANKER**, California SBN 233,284
raj@legalforcelaw.com

**LEGALFORCE RAPC WORLDWIDE**
1580 W. El Camino Real, Suite 10
Mountain View, California 94040
Telephone: 650.965.8731
Facsimile: 650.989.2131

Attorneys for Plaintiffs,
LegalForce RAPC Worldwide, P.C.,
LegalForce Inc., and Raj V. Abhyanker

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

UNLIMITED JURISDICTION

| | |
|---|---|
| 1. LEGALFORCE RAPC WORLDWIDE, P.C.;<br>2. LEGALFORCE INC.; and<br>3. RAJ V. ABHYANKER,<br><br>Plaintiffs,<br><br>v.<br><br>1. MYCORPORATION BUSINESS SERVICES, INC.; AND<br>2. DEBORAH S. SWEENEY;<br><br>Defendants;<br><br>AND DOES 1-50. | Case No. 5:18-cv-00142<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ONLY DEFENDANTS :**<br><br>**STATE BAR OF CALIFORNIA; AND UNITED STATES PATENT & TRADEMARK OFFICE**<br><br>Hon. Howard R. Lloyd<br><br>**Unlimited Civil Jurisdiction** |

|  | **JURY TRIAL DEMANDED** |
|---|---|

1. TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:

I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss:

   a. United States Patent & Trademark Office ("USPTO") and

   b. The State Bar of California

2. Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Respectfully submitted this Friday February 9, 2018.

LEGALFORCE RAPC WORLDWIDE P.C.

/s/ Raj V. Abhyanker
Raj V. Abhyanker
California State Bar No. 233,284
Attorney for Plaintiffs:
LegalForce RAPC Worldwide, P.C.,
LegalForce, Inc., and
Raj V. Abhyanker

# CERTIFICATE OF SERVICE OF
# DOCUMENT OTHER THAN COMPLAINT

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

I am employed in the County of Santa Clara, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 1580 W. El Camino Real Suite 10 Mountain View California.

On **February 9 2018**, I served the following document(s) described as **NOTICE OF VOLUNTARY DISMISSAL OF ONLY DEFENDANTS STATE BAR OF CALIFORNIA; AND UNITED STATES PATENT & TRADEMARK OFFICE** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY U.S. MAIL:** I placed true copies of the foregoing document(s) enclosed in sealed envelopes addressed as shown on the Service List. I am "readily familiar" with LegalForce RAPC Worldwide's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Mountain View, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the State of United States that the foregoing is true and correct.

Executed on **February 9 2018**, at Mountain View, California.

          LEGALFORCE RAPC WORLDWIDE P.C.

          By__/s/ Raj V. Abhyanker_____
          Raj V. Abhyanker
          California State Bar No. 233,284
          Attorney for Plaintiffs:
          LegalForce RAPC Worldwide, P.C.,
          LegalForce, Inc., and
          Raj V. Abhyanker

# SERVICE LIST
**LegalForce RAPC Worldwide P.C. et al v. MyCorporation Business Services, Inc. et al**
**5:18-cv-00142-HRL**
**Howard R. Lloyd, presiding**

1.
Marc Aaron Shapp
The State Bar of California
Office of General Counsel
180 Howard Street
San Francisco, CA 94105
415-538-2517
marc.shapp@calbar.ca.gov

2.
Sara Winslow, Chief, Civil Division
U.S. Attorney's Office, N. Dist. Calif.
450 Golden Gate Ave., 9th Floor
Tel: (415) 436-6925
San Francisco, CA 94102-3495
 sara.winslow@usdoj.gov
Representing :
United States Patent & Trademark Office