RAJ V. ABHYANKER, California SBN 233,284
Email: raj@legalforcelaw.com
WENSHENG MA, California SBN 299,961
Email: vincent@legalforcelaw.com

**LEGALFORCE RAPC WORLDWIDE, P.C.**
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040
Telephone: (650) 965-8731
Facsimile: (650) 989-2131

Attorneys for Plaintiffs,
LegalForce RAPC Worldwide, P.C., and
LegalForce, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE, P.C.; and<br>LEGALFORCE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MYCORPORATION BUSINESS SERVICES, INC.;<br>INTUIT, INC.; and<br>DEBORAH S. SWEENEY,<br><br>Defendants. | Case No.: 3:18-cv-00142-MMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF LAWSUIT** |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:

1. Plaintiffs hereby dismisses this lawsuit voluntarily against all defendants.

2. Dismissal shall only be without prejudice with each side to bear its own costs and fees.

Respectfully submitted this **May 30, 2018**.

LEGALFORCE RAPC WORLDWIDE P.C.

/s/ Raj V. Abhyanker
Raj V. Abhyanker
California State Bar No. 233,284
Attorney for Plaintiffs:
LegalForce RAPC Worldwide, P.C., and
LegalForce, Inc.